## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANGEL GRANGER AND** | Civil Action No. _____ |
| **CASEY DIXON DESCANT** | |
| **Plaintiffs,** | |
| | DISTRICT JUDGE _____ |
| vs. | |
| | |
| **AARON'S, INC.** | MAGISTRATE JUDGE _____ |
| | |
| **Defendant.** | |

### NOTICE OF REMOVAL

Defendant, Aaron's, Inc. ("Defendant"), reserving its rights to object to service, jurisdiction, and venue, and without waiving any of its other defenses or objections, removes to this Court the Petition filed on behalf of Plaintiffs Angel Granger and Casey Dixon Descant entitled, "*Angel Granger and Casey Dixon Descant v. Aaron's, Inc., Docket No. 2009-4052*," pending in the Twelfth Judicial District Court, Parish of Avoyelles, State of Louisiana. As the basis for removal, Defendant represents that:

1.

On August 28, 2009, a Petition entitled "*Angel Granger and Casey Dixon Descant v. Aaron's, Inc., Docket No. 2009-4052*," bearing Docket No. 2009-4052, was filed on behalf of Plaintiffs, Angel Granger and Casey Dixon Descant, in the Twelfth Judicial District Court for the Parish of Avoyelles, which is within the Western District of Louisiana. A true and correct copy of the Petition is attached hereto as Exhibit 1.

2.

Defendant Aaron's, Inc. is the only defendant named in the Petition. Defendant was served with the Petition on September 3, 2009. A true and correct copy of the Citation is attached hereto as Exhibit 2.

3.

In their Petition, Plaintiffs assert claims of sexual harassment and constructive discharge brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.* (Petition, ¶4)

4.

Because one or more of Plaintiffs' claims involve questions of federal law, original jurisdiction exists under 28 U.S.C. §1331, and thus this action is removable under 28 U.S.C. §1441(b), §1441(c), and §1446.

5.

Plaintiff's Petition also alleges violations of the Louisiana Employment Discrimination Law, La. R.S. §23:301, *et seq.* (Petition, ¶4) This Court can exercise supplemental jurisdiction over the state law claims asserted in Plaintiffs' Petition pursuant to 28 U.S.C. §1367.

6.

Thirty days have not expired since the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action is based. Defendant first received notice of this action on September 3, 2009, when its agent for service of process was served with a copy of Plaintiffs' Petition. Therefore, this Notice of Removal is timely because it is filed within thirty (30) days after the receipt by Defendant of a copy of the Petition.

7.

Pursuant to 28 U.S.C. §1446(a), a copy of all pleadings and orders in the state court record, which includes "all process, pleadings, and orders served upon" Defendant, are attached hereto as Exhibit 3. These documents constitute all process, pleadings, and orders served upon Defendant in this case at the time of the filing of this removal.

8.

Promptly after this notice of removal is filed, written notice thereof will be given to all adverse parties and a copy of this notice of removal will be filed with the clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

9.

This Notice of Removal is executed pursuant to Fed. R.Civ. P. 11.

WHEREFORE, Defendant, Aaron's, Inc. prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from the state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil

action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted on this 17th day of September, 2009,

    *s/ Christine S. Goldberg*
CHRISTINE S. GOLDBERG, T.A. (No. 23293)
ELIZABETH P. ODOM (No. 27044)
The Kullman Firm
A Professional Law Corporation
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana  70809
Telephone:  (225) 906-4250
Facsimile:   (225) 906-4230
E-mail: csg@kullmanlaw.com
        epo@kullmanlaw.com

ATTORNEYS FOR DEFENDANT AARON'S, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, a copy of the foregoing Notice of Removal was filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system as well as U.S. Mail to:

Benjamin A. Luke
Benjamin A. Luke, Attorney at Law, LLC
643 North Main Street
Marksville, LA 71351

Michael P. Maraist
Maraist Law Firm
Suite 810, Chase Tower
600 Jefferson Street
Lafayette, LA 70501

    *s/ Christine S. Goldberg*
    Christine S. Goldberg