RECEIVED
IN ALEXANDRIA, LA.
JUN 14 2010
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANGEL GRANGER et al. | CIVIL ACTION NO. 1:09-cv-01634 |
| -vs- | JUDGE DRELL |
| AARON'S, INC. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons detailed in a separate ruling issued on this date, the **Report and Recommendation (Doc. 28)** issued by the magistrate judge is hereby **ADOPTED IN PART**, as specified in the Court's ruling. Accordingly, the Defendant's **Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. 9)** is hereby **GRANTED IN PART** as to any and all of the Plaintiff's claims under the Louisiana Employment Discrimination Law, La. R.S. § 23:301 *et seq.*, or under state law tort theories, and those claims are **DISMISSED WITH PREJUDICE**. However, the Defendant's motion **(Doc. 9)** is hereby **DENIED IN PART** as it pertains to the Plaintiff's claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000(e) *et seq.*, and those claims remain viable and pending.

SIGNED on this 14 day of June, 2010 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE